# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: _____

Donald Dunston,

    Plaintiff/Movant,

Aspen National Financial, Inc. d/b/a Aspen
National Collections,

    Defendant.

**COMPLAINT**

For this Complaint, Plaintiff, Donald Dunston, by undersigned counsel, states as follows:

**JURISDICTION**

1.    This action arises out of Defendant's repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (the "FDCPA"), in its illegal efforts to collect a consumer debt.

2.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

**PARTIES**

3.    Plaintiff, Donald Dunston ("Plaintiff"), is an adult individual residing in Blacklick, Ohio, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

4.    Defendant Aspen National Financial, Inc. d/b/a Aspen National Collections ("ANC"), is a Colorado business entity with an address of 827 Rood Avenue, Grand Junction, Colorado 81501, operating as a collection agency, and is a "debt collector" as the term is defined

by 15 U.S.C. § 1692a(6).

## ALLEGATIONS APPLICABLE TO ALL COUNTS

### A. The Debt

5.  Plaintiff allegedly incurred a financial obligation (the "Debt") to an original creditor (the "Creditor").

6.  The Debt arose from services provided by the Creditor which were primarily for family, personal or household purposes, which meets the definition of a "debt" under 15 U.S.C. § 1692a(5).

7.  The Debt was purchased, assigned or transferred to ANC for collection, or ANC was employed by the Creditor to collect the Debt.

8.  Defendant attempted to collect the Debt and, as such, engaged in "communications" as defined in 15 U.S.C. § 1692a(2).

### B. ANC Engages in Harassment and Abusive Tactics

9.  Within the last year, ANC contacted Plaintiff in an attempt to collect the Debt.

10. ANC threatened to garnish Plaintiff's wages if the Debt was not immediately repaid. However, ANC neither sued nor obtained a judgment against Plaintiff.

11. In addition, ANC failed to send Plaintiff a letter regarding the Debt within five (5) days of the initial communication.

## COUNT I
## VIOLATIONS OF THE FEDERAL FAIR DEBTCOLLECTION PRACTICES ACT – 15 U.S.C. § 1692, *et seq.*

12. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

13. Defendant's conduct violated 15 U.S.C. § 1692d in that Defendant engaged in behavior the natural consequence of which was to harass, oppress, or abuse Plaintiff in

connection with collection of the Debt.

14. Defendant's conduct violated 15 U.S.C. § 1692e in that Defendant used false, deceptive and/or misleading representations or means in connection with collection of the Debt.

15. Defendant's conduct violated 15 U.S.C. § 1692e(4) in that Defendant threatened Plaintiff with garnishment if the Debt was not paid.

16. Defendant's conduct violated 15 U.S.C. § 1692e(10) in that Defendant employed false and deceptive means to collect the Debt.

17. Defendant's conduct violated 15 U.S.C. § 1692f in that Defendant used unfair and unconscionable means to collect the Debt.

18. Defendant's conduct violated 15 U.S.C. § 1692g(a) in that Defendant failed to send Plaintiff an initial letter within five days of its initial contact with Plaintiff as required by law.

19. The foregoing acts and omissions of Defendant constitute numerous and multiple violations of the FDCPA.

20. Plaintiff is entitled to damages as a result of Defendant's violations.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in his favor and against Defendant as follows:

1. Statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k;
2. Actual damages pursuant to 15 U.S.C. §1692k;
3. Costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and
4. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: April 28, 2014

Respectfully submitted,

By  */s/ Jenny DeFrancisco*

Jenny DeFrancisco, Esq.
CT Bar No.: 432383
LEMBERG LAW LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-mail: jdefrancisco@lemberglaw.co
*Attorneys for Plaintiff*

<u>Plaintiff:</u>
Donald Dunston
8069 Bowfin Road
Blacklick, Ohio 43004